

Brookfield Place, 200 Vesey Street, 20th Floor
New York, NY 10281
Telephone:  212-415-8600
Fax:  212-303-2754
www.lockelord.com

Andrew Braunstein
Direct Telephone: 646-217-7879
Direct Fax: 212-303-2754
Andrew.braunstein@lockelord.com

August 4, 2021

<u>By ECF</u>

Hon. Allyne R. Ross, U.S.D.J.
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: ***Michelle Tenzer-Fuchs v. ZENB US, Inc., Index No. 2:21-cv-03337-ARR-JMW***

Dear Judge Ross:

We represent defendant ZENB US, Inc. ("Defendant") in the above-referenced action and write to request a 30-day extension of time to answer or otherwise plead in response to the complaint. The initial deadline was August 5, 2021. This is Defendant's first request for an extension of time. Counsel for Plaintiff has consented to this request.

We request an extension to afford the parties an opportunity to discuss an early resolution of the matter before incurring additional time and expense. In addition, counsel for Defendant have only recently been retained and seek additional time to familiarize ourselves with the complaint and underlying facts. No party would be prejudiced by the requested extension.

Defendant therefore respectfully requests entry of an order extending its time to answer or otherwise plead to September 6, 2021.

Thank you for your consideration.

Respectfully,

LOCKE LORD LLP

*/s/ Andrew Braunstein*

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami
Morristown | New Orleans | New York | Providence | Sacramento | San Francisco | Stamford | Washington DC | West Palm Beach

94390356v.2

CC: Hon. James M. Wicks, U.S.M.J. (by ECF)

  All parties entitled to notice (by ECF)

  Simon Fleischmann (by Email)

94390356v.2